UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
MARCH 18, 2025 SESSION



FILED
MAR 18 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:25-cr-00035
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

JEREMIAH CLINTON GRAY

## I N D I C T M E N T

The Grand Jury Charges:

1. On or about July 22, 2024, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JEREMIAH CLINTON GRAY knowingly possessed the following firearms, in and affecting interstate commerce:

   a. A loaded Taurus, model 1911 Officer, 9mm caliber pistol, and

   b. A loaded Mossberg, model 590 Shockwave, .410-gauge firearm.

2. At the time defendant JEREMIAH CLINTON GRAY possessed the aforesaid firearms, he knew he had been convicted of a crime punishable by a term of imprisonment exceeding one year as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about October 20, 2003, in the United States District Court for the Eastern

District of Tennessee, of Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 500 grams of Cocaine in violation of 21, U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B).

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

LISA G. JOHNSTON
Acting United States Attorney

By: _____
Judson C. MacCallum
Assistant United States Attorney